IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIANNA GONZALEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>              Defendant. | 8:14-CV-278<br><br><br><br>ORDER |

      The Court has been advised that the parties in this case have settled their claims. Filing 14. The Court previously ordered the parties to file a joint stipulation for dismissal, or other dispositive stipulation, on or before April 16, 2015. Filing 15. Plaintiff has requested additional time to exchange settlement documents. Defendants have not opposed this request. Therefore, the Court will extend the deadline set forth in its previous order to May 7, 2015.

      IT IS ORDERED:

1. On or before May 7, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of May 7, 2015.

Dated this 15th day of April, 2015.

                                                BY THE COURT:

                                                John M. Gerrard
                                                United States District Judge