IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ADRIANNA GONZALEZ,

                Plaintiff,                                  8:14-CV-278

vs.

MIDLAND CREDIT MANAGEMENT
INC.,                                                JUDGMENT

                Defendant.

        Pursuant to the parties' stipulation of dismissal (filing 17), this case is dismissed with prejudice, each party to bear its own costs and fees.

        Dated this 7th day of May, 2015.

                        BY THE COURT:

                        John M. Gerrard
                        United States District Judge